**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAYSHAWN McGRUDER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEP'T STATE HOSP. METRO.,<br><br>　　　　　Respondent. | No. CV 23-3836-CJC (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE**<br>**JUDGE'S REPORT AND RECOMMENDATION** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED THAT:

　　　1.　Respondent's motion to dismiss is granted and this action is dismissed without prejudice.

　　　2.　Judgment be entered consistent with this order.

　　　3.　The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: January 25, 2024

　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE