JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYSHAWN McGRUDER,<br><br>            Petitioner,<br><br>    v.<br><br>DEP'T STATE HOSP. METRO.,<br><br>            Respondent. | Case No. CV 23-3836-CJC (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the order accepting the Magistrate Judge's report and recommendation,

    Judgment is entered in Respondent's favor and this action is dismissed without prejudice.

DATED: January 25, 2024

CORMAC J. CARNEY
U.S. DISTRICT JUDGE